[No. 31242-5-II.   Division Two.   February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHAN DANIEL ROSWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-01047-1, Jay B. Roof, J., entered November 21, 2003. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 39662-9-II.   Division Two.   February 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL T. SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00501-1, Amber L. Finlay, J., entered August 10, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39729-3-II.   Division Two.   February 8, 2011.]

*In the Matter of the* MARK ANTHONY FOWLER SPECIAL NEEDS TRUST.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-4-01765-0, Rosanne Buckner, J., entered August 10, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, C.J., concurred in by Quinn-Brintnall and Johanson, JJ.